**UNITED STATES of America v. Morris Joseph KESSLER, alias Anthony Mariano, Appellant.**

No. 9037.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 9, 1946.

Decided Jan. 15, 1946.

William A. Gray, of Philadelphia, Pa., for appellant.

Walter A. Gay, Jr., of Philadelphia, Pa., for appellee.

Before GOODRICH, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 63 F.Supp. 964, is affirmed.

**Helen M. BARRINGER, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.**

No. 8978.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 22, 1946.

Decided Feb. 1, 1946.

Abraham L. Freedman, of Philadelphia, Pa. (Wolf, Block, Schorr & Solis-Cohen, of Philadelphia, Pa., on the brief), for appellant.

Joseph W. Henderson, of Philadelphia, Pa. (Kendall H. Shoyer, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Judge Kirkpatrick, 62 F.Supp. 286.

**Fred LOJE, Claimant and Owner of THE Oil Screw AURORA, Appellant, v. Leo PROTICH, Appellee.**

No. 11358.

Circuit Court of Appeals, Fifth Circuit.

Jan. 18, 1946.

Richard A. Dowling, of New Orleans, La., for appellant.

A. S. Cain and John J. Finnorn, both of New Orleans, La., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The lower Court held that the Libelee was at fault in a collision between his boat and the boat of Libelant. Damages to the Libelant in the sum of $864.47 were awarded.

A consideration of the evidence, briefs of counsel, and oral argument, convinces us that the findings of fact and conclusions of law of the lower Court are correct and that the same should be, and are hereby, approved and adopted.

Affirmed.